

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00363-CV

**CECIL B. YATES,**

**Appellant**

**v.**

**J. MCMILLAN ENTERPRISES, LLC,**

**Appellee**

**From the 87th District Court
Leon County, Texas
Trial Court No. NOT-13-285**

## O R D E R

By letter dated February 2, 2017, the Court was informed by the mediator that a settlement of all issues was reached in this proceeding. As of this date, we have not received any disposition documents or requests by the parties.

Appellant must provide a status report to the Court within 14 days of the date of this order. Failure to provide a report as ordered will result in the dismissal of this appeal without further notification. TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed March 22, 2017

